NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000168
16-DEC-2016
08:48 AM

NO. CAAP-13-0000168

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ELIZABETH-ANN K. MOTOYAMA, Plaintiff-Appellant, v.
STATE OF HAWAI'I, DEPARTMENT OF TRANSPORTATION; GLENN OKIMOTO,
in his Official Capacity; BRENNON MORIOKA, Individually and
in his Official Capacity; FRANCIS KEENO, Individually and
in his Official Capacity; REY DOMINGO, Individually and
in his Official Capacity; and JANE DOES 1-10;
JOHN DOE 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1669-08)

ORDER DENYING THE DECEMBER 9, 2016 MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Plaintiff-Appellant's Motion for Reconsideration of the Court's November 22, 2016, Summary Disposition Order [DN77]," filed on December 9, 2016 by Plaintiff-Appellant Elizabeth-Ann K. Motoyama, pro se, and the files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, December 16, 2016.

Presiding Judge

Associate Judge

Associate Judge